# In the United States Court of Federal Claims

No. 26-500C
Filed: April 3, 2026
NOT FOR PUBLICATION

---

TRAVOY R. HOLLIE, JR.,

       *Plaintiff,*

v.

UNITED STATES,

       *Defendant.*

---

## ORDER

The plaintiff, proceeding *pro se*, has filed an incomplete motion for leave to proceed *in forma pauperis*. Section 1915 of title 28 of the United States Code authorizes, but does not require, federal courts to permit an indigent plaintiff to pursue a claim without prepayment of fees or certain expenses. *Chamberlain v. United States*, 655 F. App'x 822, 825 (Fed. Cir. 2016). Civil litigants have no right to proceed *in forma pauperis*, and federal courts may "limit a party's permission to proceed *in forma pauperis* where [the party has] exhibited a history of frivolous or abusive filings." *Straw v. United States*, No. 2021-1602, 2021 WL 3440773, at * 5 (Fed. Cir. Aug. 6, 2021). Indeed, federal "courts have a duty to deny *in forma pauperis* status to those individuals who have abused the system." *Bryant v. United States*, 618 F. App'x 683, 685 (Fed. Cir. 2015); *see also Santiago v. United States*, ___ Fed. Cl. ___, 2026 WL 603657, at *4 (March 2, 2026).

The plaintiff is a frequent litigant in the United States District Court for the Southern District of Texas. Within the past year, he has been denied leave to proceed *in forma pauperis* by judges of that court for filing frivolous cases. *See* Order of July 25, 2025, *Hollie v. Texas*, C.A. No. 4:25-MC-1317 (S.D. TX); Order of July 11, 2025, *Hollie v. Texas*, Misc. No. H-25-1131 (S.D. TX); Order of June 24, 2025, *Hollie v. Texas*, Misc. No. H-25-1030 (S.D. TX). In each of these orders, the plaintiff was warned that his continued filing of frivolous cases could result in the imposition of sanctions.

Like the plaintiff's complaints in the district court, his complaint here is largely unintelligible, frivolous, and falls outside the jurisdiction of the Court of Federal Claims. Accordingly, the plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED**. No later than **May 1, 2026**, the plaintiff shall remit in full the $405 in fees required to commence an action in this court. If the plaintiff fails to remit the filing fees in full by that date, his complaint will be dismissed under Rule 41(b) of the Rules of the Court of Federal Claims.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**